IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA ALFARO, | No. 2:07-cv-02440-MCE-DAD PS |
| Plaintiff, | |
| vs. | ORDER |
| VAGABOND INN, | |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On November 15, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2007, are adopted in full;

2. Plaintiff's November 13, 2007 application to proceed in forma pauperis is denied; and

3. This action is dismissed with prejudice for lack of subject matter jurisdiction.

Dated: December 13, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE